FILED IN CHAMBERS
U.S.D.C. - Rome
DEC 21 2012
JAMES N. HATTEN, Clerk
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MARLOS CELIS-SOSA BOP No. 62260-019, | MOTION TO VACATE 28 U.S.C. § 2255 |
| Petitioner, | CIVIL ACTION. |
| v. | NO. 4:12-CV-247-RLV |
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO. NO. 4:10-CR-43-4-RLV |
| Respondent. | |
| LUCIO CELIS-SOSA, BOP No. 62259-019 | MOTION TO VACATE 28 U.S.C. § 2255 |
| Petitioner, | CIVIL ACTION. |
| v. | NO. 4:12-CV-246-RLV |
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO. NO. 4:10-CR-43-5-RLV |
| Respondent. | |

O R D E R

After carefully considering the reports and recommendations of the magistrate judge in each of the above two cases, the court receives the reports and recommendations with approval and adopts them as the opinions and orders of this court. Therefore, both of the 28 U.S.C. § 2255 motions filed by the above petitioners are DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this 21st day of December, 2012.

ROBERT L. VINING, JR.
Senior United States District Judge